UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13 CR 617-2 |
| Plaintiff, | PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE |
| vs. | |
| MARVIN BAUSLEY, | |
| Defendant | |

**PETITIONER'S REPLY ON ITS MOTION FOR AN ANCILLARY HEARING**

Petitioner, ASA PATTERSON, Pro Se, hereby replies in support of its request for an ancillary hearing and states as follows:

1. <u>Petitioner is aggrieved by Government's response.</u> Petitioner's petition with respect to the intangible issues rest squarely on a question of law, not fact. The Government argued that petitioner was attempting to re-litigate the case on the property located at 9247 S. Indiana, Chicago, Illinois (the "Indiana Property"), which is not true. An ancillary hearing is needed for the presentation of exhibits on the legal matters regarding

PETITIONER'S REPLY ON ITS MOTION FOR ANCILLARY HEARING - 1

the ownership of "the Indiana Property" at the time of the forfeiture.

2. In the Government's response, it did not address the issue of ownership that was raised. The Defendant did not own and was not the rightful owner of the property on September 23, 2014 when a guilty plea to Counts One, Nine and Ten of the indictment charging him with violations of 21 U.S.C. § 846, 18 U.S.C. § 1957.

3. Moreover, to the extent this petition is not held in abeyance and a procedural schedule must be adopted, such schedule should appropriately be limited to addressing the claims made by Petitioner: i.e., a briefing schedule on the issues of ownership and an ancillary hearing being required.

4. 765 ILCS 5/9 sets forth a form for recording General and Special Warranty Deeds and 765 ILCS 5/20 provides several ways to acknowledge a deed. Despite these requirements, there is an unacknowledged deed on file for "the Indiana Property".

**PRAYER FOR RELIEF**

For the reasons set forth above, Petitioner requests that this Court grant this motion for Ancillary Hearing.

PETITIONER'S REPLY ON ITS MOTION FOR ANCILLARY HEARING - 2

Respectfully submitted,

_____
Asa E. Patterson
Pro Se Petitioner

PETITIONER'S REPLY ON ITS MOTION FOR ANCILLARY HEARING - 3

**DECLARATION**

I, Asa E. Patterson, declare:

1. I am the Petitioner and authorized to make this declaration.

2. I have prepared and read the foregoing Petitioner's reply on its motion for Ancillary Hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2017 at Chicago, IL.

_____
Asa E. Patterson
Pro Se Petitioner

PETITIONER'S REPLY ON ITS MOTION FOR ANCILLARY HEARING - 4

## CERTIFICATE OF SERVICE

I certify that on March 24, 2017, I have personally delivered a copy of this motion to the following counsel.

    Zachary T. Fardon
    U.S. Attorney
    219 S. Dearborn St., Room 500
    Chicago, IL 60604

    Asa E. Patterson
    Pro Se Petitioner

PETITIONER'S REPLY ON ITS MOTION FOR ANCILLARY HEARING - 5